■ The People of the State of New York, Respondent, v Armando Valle, Appellant. [652 NYS2d 969] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered May 1, 1984, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the first degree and criminal possession of a controlled substance in the second and third degrees, and sentencing him to concurrent terms of 15 years to life, 3 years to life and 1 to 3 years, respectively, unanimously affirmed.

Defendant's contentions are unreviewable, since he has failed to produce a copy of the audiotape whose admission into evidence is at issue. Although portions of the tape are quoted in the record, it appears that the challenge to its admissibility cannot be resolved without the entire tape, which has become unavailable through no fault of the People. Even assuming arguendo that the trial court erred in admitting the tape under the coconspirator's exception to the hearsay rule, such error was harmless in light of the other overwhelming evidence of guilt. Concur—Sullivan, J. P., Milonas, Rosenberger and Tom, JJ.

■ Rachel Hausman, Respondent, v Allan Stern, Appellant, et al., Defendants. [653 NYS2d 8] —Order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered May 30, 1996, which granted plaintiff's motion for a default judgment against defendant-appellant, unanimously affirmed, without costs.

Appellant's assertion that he thought his answer would be served along with his mother's, without explaining exactly what led him to this belief or submitting an affidavit from his mother explaining her involvement with his answer, is insufficient to excuse his default in appearance. Nor does appellant set forth a meritorious defense in asserting that plaintiff consented to the payments made on his behalf from the trust by his successor trustee, without submitting any supporting affidavits or documentation from those who might have knowledge of such consent. No genuine issues are raised as to the propriety of service. Concur—Sullivan, J. P., Milonas, Rosenberger and Tom, JJ.